# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DONNA M. KENNEDY  
2020 JAMESTOWN DRIVE  
ROCKFORD, IL 61109  

SSN-xxx-xx-4669

Case Number: 06-72295

Case filed on: 12/5/2006  
Plan Confirmed on: 5/4/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,425.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 773.38 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 773.38 | 0.00 |
| 062 | SABRE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONNA M. KENNEDY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 8,232.85 | 8,232.85 | 72.40 | 0.00 |
| 002 | WINNEBAGO COUNTY CLERK | 1,400.00 | 1,400.00 | 137.00 | 238.00 |
| 063 | RAINFOREST AIR CO INC | 789.00 | 789.00 | 120.00 | 0.00 |
|  | Total Secured | 10,421.85 | 10,421.85 | 329.40 | 238.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES | 11,611.62 | 11,611.62 | 0.00 | 0.00 |
| 005 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATED NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BOUDREAU & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BRADFORD EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL RECOVERY SERVICE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COTTONWOOD FINANCIAL | 523.92 | 523.92 | 0.00 | 0.00 |
| 013 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITIZENS FINANCE | 6,273.46 | 6,273.46 | 0.00 | 0.00 |
| 016 | CITIZENS STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COLLECTECH SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | COMED CO | 1,331.09 | 1,331.09 | 0.00 | 0.00 |
| 019 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | D.C. CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 270.00 | 270.00 | 0.00 | 0.00 |
| 023 | DIAL ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ELCO CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | FREDRIC C. KULLBERG, M.D., S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | GENERATIONS CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NCM TRST | 2,749.39 | 2,749.39 | 0.00 | 0.00 |
| 029 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | JOHN A. BUTLER MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MONEY CONTROL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NADEEM HANIF, MDSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NCO FINANCIAL SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NICK JR. MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NICOR GAS | 278.90 | 278.90 | 0.00 | 0.00 |
| 038 | NORTHERN PROSTHETICS ORTHO | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ORTHOPEDIC ASSOC. OF N.IL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | REDLINE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCK RIVER WATER RECLAMATION | 1,335.91 | 1,335.91 | 0.00 | 0.00 |
| 044 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD E.A.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ROCKFORD GASTROENTEROLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 051 | ROCKFORD MERCANTILE AGENCY INC | 13,441.35 | 13,441.35 | 0.00 | 0.00 |
| 052 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | ROCKFORD WATER DEPARTMENT | 534.59 | 534.59 | 0.00 | 0.00 |
| 054 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | SUPERIOR AIR GROUND AMB SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | THEODORE S. INGRASSIA, III, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | THOMAS E. JOLAS, PC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | VCM-IMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | WESTEC SECURITY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | ROBERT HEARNS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 38,350.23 | 38,350.23 | 0.00 | 0.00 |
| | Grand Total: | 50,972.08 | 50,972.08 | 1,102.78 | 238.00 |

Total Paid Claimant:    $1,340.78
Trustee Allowance:    $84.22
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan